```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

JAMES BRADSHAW                                          PLAINTIFF

        v.                  Civil No. 09-6045

FFE TRANSPORTATION SERVICES, INC.,
and DAVID A. BOOKER, SR.                               DEFENDANTS

## JUDGMENT

The above-styled action was tried before a jury on January 11-17, 2012, the Honorable Jimm Larry Hendren presiding. The plaintiff, James Bradshaw, appeared in person and by and through his attorneys, Don P. Chaney, Nathan P. Chaney, and S. Taylor Chaney. The defendants, FFE Transportation Services, Inc., and David A. Booker, Sr., appeared by and through their attorneys, Gregory T. Jones and Lee Muldrow.

Prior to trial, Defendant FFE Transportation Services, Inc., admitted liability and financial responsibility for the negligence of Defendant David A. Booker, Sr.

The issues were duly tried and the jury returned its verdict on January 17, 2012, as follows: "We, the jury, find in favor of the plaintiff, James Bradshaw, and award him damages in the amount of $1,000,000.00." The Court hereby enters this Judgment pursuant to the jury's verdict.

The plaintiff has submitted a Bill Of Costs in the amount of $4,889.67. For reasons set forth in a separate Order entered concurrently herewith, the Court has reduced this sum, and will award costs in the amount of $2,130.26.

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiff James Bradshaw shall have and recover from defendants FFE Transportation Services, Inc., and David A. Booker, Sr., damages in the amount of One Million Dollars ($1,000,000.00), plus costs in the amount of Two Thousand One Hundred Thirty and 26/100 Dollars ($2,130.26), for a total Judgment of One Million Two Thousand One Hundred Dollars and 26/100 ($1,002,130.26), with interest thereon at the rate of .12% per annum, for all of which execution may issue.

**IT IS SO ORDERED**, this 2nd day of February, 2012.

      /s/ Jimm Larry Hendren  
**JIMM LARRY HENDREN**  
**UNITED STATES DISTRICT JUDGE**