```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

JAMES BRADSHAW                                              PLAINTIFF

       v.               Civil No. 09-6045

FFE TRANSPORTATION SERVICES, INC.;
and DAVID A. BOOKER, SR.                                    DEFENDANTS

## O R D E R

Now on this 23rd day of February, 2012, comes on for consideration defendants' **Motion For Stay Of Execution On Judgment And For Approval Of Supersedeas Bond** (document #106), and the Court finds and orders as follows:

    1.   On January 17, 2012, a jury verdict was returned in this case in favor of plaintiff James Bradshaw ("Bradshaw") and against defendants FFE Transportation Services, Inc. ("FFE") and David A. Booker, Sr. ("Booker"), in the amount of $1,000,000.00. Judgment on this jury verdict (plus costs) was entered on February 2, 2012, in the sum of $1,002,130.26, with interest at the rate of .12% per annum until paid.

    2.   On February 14, 2012, FFE and Booker filed Notice Of Appeal, as well as the motion now under consideration, to which a copy of the proposed Supersedeas Bond is appended. Plaintiff has informed the Court that he has no objection to the form of the bond.

    3.   Pursuant to **F.R.C.P. 62(d),**

> [i]f an appeal is taken, the appellant may obtain a stay by supersedeas bond. . . . The bond may be given upon or after filing the notice of appeal or after obtaining the

order allowing the appeal.  The stay takes effect when the court approves the bond.

4.  Because Notice Of Appeal has been filed, and because the Bond is in proper form, defendants' motion is well taken.  The Supersedeas bond will be approved, and stay of execution will be granted.

**IT IS THEREFORE ORDERED** that defendants' **Motion For Stay Of Execution On Judgment And For Approval Of Supersedeas Bond** (document #106) is **granted**.

**IT IS FURTHER ORDERED** that the Supersedeas Bond attached to the Motion For Stay Of Execution And For Approval Of Supersedeas Bond is **approved**.

**IT IS FURTHER ORDERED** that, within three business days from the date of this Order, defendants file the original of the Supersedeas Bond with the Clerk of Court, and that, upon filing the original Supersedeas Bond with the Clerk of Court, execution on the Judgment in this matter will be stayed pending the outcome of defendants' appeal.

**IT IS SO ORDERED.**

      /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**